UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANDRE GODINO,<br><br>     Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES,<br><br>     Respondent. | Case No. 2:23-cv-05907-PA-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. Petitioner's objections are overruled. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 10) is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: January 14, 2025

                                                                                          _____<br>
                                                                                                   PERCY ANDERSON<br>
                                                                           UNITED STATES DISTRICT JUDGE